UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:21-cr-71-WFJ-AAS

PIERRE C. MARC,
_____/

**COURT'S DISCOVERY ORDER**

This Order is to ensure Mr. Marc has no difficulties in receiving discovery.

The Court has reviewed a copy of the Government's discovery on a thumb drive.

There are five folders labeled "Discovery Production."

**1st Discovery Production**:

    Index (printed)

    5 MP4 tapes—phone calls on 2/4/2021

    1 video tape

    1 lab report (2 pages printed)

    1 MCSO report (12 pages printed)

**2d Discovery Production**:

    Index (printed)

    Cellbrite Extraction with accessible contents from thumb drive

**3d Discovery Production**:

    Index (printed)

4 reports (all printed 14 pages total)

**<u>4th Discovery Production</u>**:

Index (printed)

5 DEA6 reports (all printed 14 pages total)

Multiple photos all accessible from thumb drive

Complaint/warrant (printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

DEA6 release report (1 page printed)

DEA6 report (3 pages printed)

Search warrant and application (20 pages printed)

**<u>5th Discovery Production</u>**:

Index (printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

Search warrant and application (20 pages printed)

DEA6 report (9 pages printed)

DEA6 report (1 page printed)

DEA6 report (2 pages printed)

DEA6 release report (1 page printed)

DEA6 report (3 pages printed)

All of the above printed material, and the thumb drive have been mailed by the Clerk directly to Mr. Marc at the Hernando County jail. Further, an identical set with thumb drive have been mailed directly by the Clerk to Lt. Justin Beetz at the Hernando County jail. Lt. Beetz is to deliver this second set by hand to Mr. Marc, and kindly permit Mr. Marc access to a computer or thumb drive reader.

**DONE AND ORDERED** at Tampa, Florida, on July 14, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Pierre C. Marc, *pro se*
Counsel of record
Lt. Justin Beetz